IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MISTY MILLS**                                                                                           **PLAINTIFF**

v.                              **CASE NO. 3:23-CV-00131-BSM**

**JEFFREY VOSS and PATRICIA VOSS**                                          **DEFENDANTS**

## ORDER

Stewart Whaley's motion to withdraw as counsel [Doc No. 8] is granted. Misty Mills has until May 13, 2024 to either obtain new counsel or file notice that she plans to proceed pro se.

IT IS SO ORDERED this 11th day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE