IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MISTY MILLS**                                                                                          **PLAINTIFF**

vs.                                              No. 3:23-cv-131-BSM

**JEFFREY VOSS and**
**PATRICIA VOSS**                                                                                    **DEFENDANTS**

## NOTICE OF APPEARANCE—SEAN SHORT

Attorney Sean Short of Sanford Law Firm, PLLC, hereby enters his appearance on behalf of Plaintiff Misty Mills. Mr. Short certifies that he is a member in good standing of the Bar of the Eastern District of Arkansas and is a registered CM/ECF filer.

Respectfully submitted,

**ATTORNEY SEAN SHORT**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Sean Short*
Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

## **CERTIFICATE OF SERVICE**

      I, Sean Short, do hereby certify that a true and correct copy of the above and foregoing NOTICE OF APPEARANCE was filed electronically with the Clerk of the Court using the CM/ECF system and notice thereby given on the date imprinted by the CM/ECF system to all counsel of record in this matter.

                                                */s/ Sean Short*
                                                **Sean Short**