## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

MISTY MILLS                                                                                                 PLAINTIFF

v.                                3:23-CV-00131-BSM

JEFFREY VOSS AND PATRICIA VOSS                               DEFENDANTS

### JOINT STATUS REPORT

       Plaintiff Misty Mills and Defendants Jeffrey and Patricia Voss, by and through their respective counsel, state:

       1.        On October 23, 2023, this Court entered a Final Scheduling Order, directing that a status report be filed by October 7, 2024. *Doc. 5*.

       2.        No settlement conference has been conducted since this lawsuit was filed.

       3.        The parties request a referral to a settlement conference before a U.S. Magistrate Judge.

       4.        The Parties estimate the trial will take 2 to 3 days.

                                           Respectfully submitted,

                                           Brett W. Taylor, Ark. Bar No. 2014175
                                           Rose Law Firm, a Professional Association
                                           120 East Fourth Street
                                           Little Rock, Arkansas 72201-2893
                                           btaylor@roselawfirm.com

                                           *Attorney for Defendant*

                                           and

                                           Sean Short, Ark. Bar No. 2015079
                                           Sanford Law Firm
                                           10800 Financial Centre Parkway, Suite 510
                                           Little Rock, AR 72211
                                           sean@sanfordlawfirm.com

                                           *Attorney for Plaintiff*