IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MISTY MILLS**                                                                                          **PLAINTIFF**

v.                             **CASE NO. 3:23-CV-00131-BSM**

**JEFFREY VOSS and PATRICIA VOSS**                                            **DEFENDANTS**

## ORDER

Defendant's unopposed motion for a settlement conference [Doc. No. 11] is granted. This case is referred to United States Magistrate Judge Edie R. Ervin to conduct a settlement conference. Judge Ervin will issue a separate order providing the details of the conference, and all scheduling order deadlines are stayed until the conference is completed.

IT IS SO ORDERED this 8th day of October, 2024.

_____
UNITED STATES DISTRICT JUDGE