# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**MISTY MILLS**                                                                                 **PLAINTIFF**

**VS.**                                    No. 3:23-CV-00131-BSM

**JEFFREY VOSS,** *et al.*                                                          **DEFENDANTS**

## ORDER

Because Defendants' counsel, Mr. Brett Taylor, is on my recusal list, I recuse.

The Clerk of the Court is directed to reassign this case to another magistrate judge.

IT IS SO ORDERED 9 October 2024.

_____
UNITED STATES MAGISTRATE JUDGE