(Post. 08/03/2015)

# United States District Court
## *Eastern District of Arkansas*

MISTY MILLS

**NOTICE**

v.

JEFFREY VOSS, et al.

CASE NUMBER: 3:23-CV-00131 BSM

TYPE OF CASE:  ☒ CIVIL   ☐ CRIMINAL

☒ TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Richard Sheppard Arnold United States Courthouse<br>500 West Capitol<br>Little Rock, Arkansas  72201 | Courtroom 1B |
| | **DATE AND TIME**<br>November 19, 2024, 9:30 a.m. |

**TYPE OF PROCEEDING**

SETTLEMENT CONFERENCE:  before U.S. Magistrate Judge Patricia S. Harris pursuant to General Order 54, counsel for both parties and their clients will be allowed to bring electronic devices, including cell phones, laptop computers, or PDA type devices into the Courthouse.
Please show a copy of this notice to the Court Security Officers upon entry into the building.

☐ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | ROOM NO. | CONTINUED TO, DATE AND TIME |
|---|---|---|
| Richard Sheppard Arnold United States Courthouse<br>500 West Capitol<br>Little Rock, Arkansas  72201 | | |

Magistrate Judge Patricia S. Harris
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

October 18, 2024
DATE

Colleen DuBose
(BY) DEPUTY CLERK

To: