IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MISTY MILLS**                                                                                    **PLAINTIFF**

**v.**                                        **CASE NO. 3:23-CV-00131-BSM**

**JEFFREY VOSS and**
**PATRICIA VOSS**                                                                          **DEFENDANTS**

## ORDER

The parties' joint motion to approve settlement and to dismiss [Doc. No. 17] is granted because the settlement agreement is reasonable and furthers the aims of the Fair Labor Standards Act. *See Younger v. Ctrs. for Youth & Fams., Inc.*, No. 4:16-CV-00170-KGB, 2017 WL 1652581, at *1 (E.D. Ark. Apr. 27, 2017). Misty Mills's complaint is dismissed with prejudice.

IT IS SO ORDERED this 16th day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE