IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MISTY MILLS                                                                                          PLAINTIFF

v.                             CASE NO. 3:23-CV-00131-BSM

JEFFREY VOSS and
PATRICIA VOSS                                                                                     DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 16th day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE